UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSSELL DREW,<br><br>Plaintiff,<br><br>v.<br><br>AVALON BAY COMMUNITIES INC.,<br><br>Defendant. | Case No. 17-cv-00846-DMR<br><br>**AMENDED ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On February 21, 2017, Pro se Plaintiff Robert Russell Drew ("Plaintiff") filed suit in this Court. [Docket No. 1]. Plaintiff has failed to comply with a number of case-management deadlines. For example, Plaintiff has yet to serve the summons and complaint, even though the court reminded him of the service requirements set forth in Federal Rule of Civil Procedure 4(m). [Docket No. 12]. Additionally, Plaintiff has twice failed to submit the required Case Management Conference Statement. [Docket Nos. 11, 12]. Plaintiff also failed to appear at the July 5, 2017 Initial Case Management Conference. [Docket No. 13].

In light of the above, the court ORDERS Plaintiff to respond in writing **by July 13, 2017** and explain why his case should not be dismissed without prejudice for failure to prosecute. Failure to timely respond may result in dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: July 6, 2017



Donna M. Ryu
United States Magistrate Judge