United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSSELL DREW,<br><br>    Plaintiff,<br><br>    v.<br><br>AVALON BAY COMMUNITIES INC.,<br><br>    Defendant. | Case No.  17-cv-00846-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On July 6, 2017, the court issued an Order to Show Cause, instructing Plaintiff Robert Russell Drew to submit a written statement by no later than July 13, 2017 explaining Plaintiff's failure to comply with case management deadlines, failure to serve the summons and complaint, and failure to appear at the July 5, 2017 initial case management conference. [Docket No. 15.] The Order to Show Cause stated that failure to respond by July 13, 2017 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 19, 2017



_____
Donna M. Ryu
United States Magistrate Judge